STEPHAN E. KYLE (SBN 158075)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone:   (415) 397-3100
Facsimile:    (415) 397-3170
Email: skyle@kennmark.com

Attorneys for Defendant
BEL AIRE DISPLAYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND,<br><br>        Plaintiff,<br><br>v.<br><br>BEL AIRE DISPLAYS, a California corporation,<br><br>        Defendant. | CASE NO.  C 06-4818 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND AND TO MODIFY THE INITIAL CASE MANAGEMENT SCHEDULE** |

This Stipulation is entered into between plaintiff Board of Trustees of the Printing Specialties and Paper Products Joint Employer and Union Health and Welfare Fund through its counsel of record, Erskine & Tulley, a Professional Corporation, and defendant Bel Aire Displays, Inc., by and through its counsel, Kenney & Markowitz L.L.P. The parties stipulate as follows:

1.      The Complaint was filed in this action on August 9, 2006, at which time the Court issued its Order Setting Initial Case Management Conference and ADR Deadlines, which included an ADR meet and confer and Stipulation deadline of October 27, 2006 and an Initial Case Management Conference date of November 17, 2006.

2.      Following service of the Complaint, the parties, through their counsel, entered into

Kenney
&
Markowitz
L.L.P.

1    meaningful settlement discussions which have resulted in an agreement to settle the action.

2        3.    Defendant Bel Aire Displays has not yet filed its responsive pleading.

3        4.    The parties stipulate to and respectfully request the Court grant an extension of

4    time of 30 days from the date of filing this Stipulation in which for Bel Aire Displays to respond

5    to the Complaint, and a 60 day continuance of the dates set forth in the August 9, 2006 Order, in

6    order to allow the parties adequate time to formally document the terms of the settlement and to

7    file a dismissal in the action.

8    DATED: October 27 2006                    **KENNEY & MARKOWITZ L.L.P**

9

10

11                                  By: _____
                                         STEPHAN E. KYLE
12                                       Attorneys for Defendant
                                         BEL AIRE DISPLAYS, INC.
13

14   DATED: October ___, 2006               **ERSKINE & TULLEY**

15

16

17                                  By: _____
                                         MICHAEL J. CARROLL
18                                       Attorneys for Plaintiff
                                         BOARD OF TRUSTEES OF THE
19                                       PRINTING SPECIALTIES AND PAPER
                                         PRODUCTS JOINT EMPLOYER AND
20                                       UNION HEALTH AND WELFARE
                                         FUND
21

22

23

24

25

26

Kenney
&          27
Markowitz
L.L.P.     28

1

## [~~PROPOSED~~] ORDER

2      Pursuant to the parties' stipulation and request for modification of the Court's Order

3  Setting Initial Case Management Conference and ADR Deadlines, the following schedule shall

4  apply to this case:

5

6          Bel Aire's Reponse to Complaint:                              November 27, 2006

7          Meet and Confer re: initial disclosures, early
           Settlement, ADR process selection and discovery plan:        December 26, 2006

8          File ADR Certification signed by Parties and Counsel:         December 26, 2006

9          File either Stipulation to ADR Process or Notice of Need
           For ADR Phone Conference:                                     December 26, 2006

10

11         Last day to complete initial disclosures or state objection
           In Rule 26(f) Report, file Case Management Statement:         January 12, 2007

12         Initial Case Management Conference (CMC) in Ctrm A,
           15th Floor, SF at 1:30 p.m.:                                  January 19, 2007

13

14     **IT IS SO ORDERED**

15
     DATED:_____October 30, 2006_____        _____
16
                                               UNITED STATES MAGISTRATE JUDGE
17                                             Judge Joseph C. Spero

18

19

20

21

22

23

24

25

26

Kenney
&           27
Markowitz
L.L.P.      28

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND
AND TO MODIFY THE INITIAL CASE MANAGEMENT SCHEDULE; CASE NO. C 06-4818 JCS