```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND,<br><br>          Plaintiffs,<br><br>     vs.<br><br>BEL AIRE DISPLAYS, a California corporation<br><br>          Defendant. | NO.  C 06 4818 JCS<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for November 17, 2006 be continued to ~~December 29, 2006~~ January 12, 2007 at 1:30 p.m. in Courtroom No. A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: Nov. 14, 2006                    _____
                                         Honorable Joseph C. Spero

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE