MICHAEL J. CARROLL (SBN 50246)
ERSKINE & TULLEY
A Professional Corporation
220 Montgomery St., Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES
AND PAPER PRODUCTS JOINT EMPLOYER AND
UNION HEALTH AND WELFARE FUND

STEPHAN E. KYLE (SBN 158075)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 397-3100
Facsimile: (415) 397-3170
Email: skyle@kennmark.com

Attorneys for Defendant
BEL AIRE DISPLAYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>BEL AIRE DISPLAYS, a California corporation,<br><br>Defendant. | CASE NO. C 06-4818 JCS<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiffs BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT

EMPLOYER AND UNION HEALTH AND WELFARE FUND and defendant BEL AIRE DISPLAYS, INC., that the above-entitled action shall be dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: December 11, 2006

**ERSKINE & TULLEY**

By: _/s/ Michael J. Carroll_
MICHAEL J. CARROLL
Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND

DATED: December 7, 2006

**KENNEY & MARKOWITZ L.L.P**

By: _/s/ Stephan E. Kyle_
STEPHAN E. KYLE
Attorneys for Defendant
BEL AIRE DISPLAYS, INC.

Dated: January 8, 2007

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

{30211.301946.0125674.DOC}

-2-
STIPULATION OF DISMISSAL; C 06-4818 JCS